IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DIANNE SINKFIELD, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-024 |
| COMMONWEALTH HEALTH CORPORATION, INC., d/b/a Hillcrest Credit Agency, and HILLCREST DAVIDSON & ASSOCIATES, LLC, | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's amended notice of voluntary dismissal with prejudice. (Doc. 11.) Plaintiff filed the notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA